UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS PEPE,

    Plaintiff,

vs.                                          Case No.:  3:25-cv-727-MCR-ZCB

DOUGLAS R. GOLDIN,

    Defendant.
_____/

**ORDER**

The Magistrate Judge issued an Amended Report and Recommendation on June 30, 2025.  *See* ECF No. 13.  The Court furnished the plaintiff a copy of the Amended Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Amended Report and Recommendation and the record, I have determined the Amended Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Amended Report and Recommendation, ECF No. 13, is adopted and incorporated by reference in this order.

2. Plaintiff's amended complaint, ECF No. 7, is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

3. Plaintiff's "Emergency Motion for Injunctive Relief," ECF No. 9, "Motion for Judicial Notice," ECF No. 10, and "Supplemental Rico Claim for Wrongful Foreclosure," ECF No. 11, are **DENIED**.

4. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 16th day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**